UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RIGOBERTO VASQUEZ and EVA GARCIA on behalf of themselves and all others similarly situated,

      Plaintiffs,

  -against-

HONG KONG AND SHANGHAI BANKING CORPORATION LTD., a foreign company; HSBC BANK USA, N.A., a national banking association; and DOES 1 through 100, inclusive,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:18-CV-01876-PAE-BM

## NOTICE OF DEFENDANT THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED'S RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the accompanying Declaration of Yiu Susan Yuen Shan, the accompanying Declaration of George Rajah, the accompanying Declaration of Carol M. Calabrese, and the accompanying Declaration of Gregory S. Korman and exhibits annexed thereto, defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC Hong Kong"), by and through its undersigned counsel, hereby moves this Court before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York, 10007, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(2), dismissing, with prejudice, the First Amended Complaint against HSBC Hong Kong for lack of personal jurisdiction.

Respectfully submitted,

Dated:  New York, New York
        November 8, 2019

**KATTEN MUCHIN ROSENMAN LLP**

By:  /s/  Gregory S. Korman
     Gregory S. Korman

Stuart M. Richter (*admitted pro hac vice*)
stuart.richter@katten.com
Gregory S. Korman (*admitted pro hac vice*)
greg.korman@katten.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel.: (310) 788-4400
Fax: (310) 788-4471

Craig A. Convissar
craig.convissar@katten.com
575 Madison Ave.
New York, NY 10022
Tel.: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Limited*

TO:    LAW OFFICES OF JULIO J. RAMOS
          Julio J. Ramos, Esq.
          ramoslawgroup@yahoo.com
          35 Grove Street, Suite 107
          San Francisco, California 94102
          Ph. (415) 948-3015
          Fax (415) 469-9787

          SMN LAW GROUP APC
          Steven Nunez, Esq.
          steve@smnlaw.com
          401 West A Street, Suite 1100
          San Diego, CA 92101
          Ph. (619) 296-8400

LAW OFFICES OF MICHAEL E. ADAMS
Michael E. Adams, Esq.
michaeleadams@earthlink.net
702 Marshall Street, Suite 300
Redwood City, CA 94063
Ph. (650) 599-9463
Fax (650) 599-9785

*Attorneys for Plaintiffs Rigoberto Vasquez and Eva Garcia*