Julio J. Ramos
**LAW OFFICES**
35 Grove Street, Suite 107
San Francisco CA 94102
Ph. (415) 948-3015
Fax (415) 469-9787
e-mail: ramoslawgroup@yahoo.com

December 6, 2019

**VIA ECF**

The Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

**Re:** *Vasquez, et al. v. Hong Kong and Shanghai Banking Corporation, Ltd., et al.*
1:18-CV-01876-PAE-BM

Dear Judge Engelmayer:

Pursuant to Protective Order (docket 96) the Plaintiffs request that Exhibits 1, 2, 3, 4, 6 and 8 filed concurrently with the Declaration of Julio J. Ramos be filed under seal. The declaration of Julio J. Ramos at ¶¶ 5, 6, and 7 is provisionally redacted pursuant to the protective order. Lastly, the declaration of Robert Almanas is provisionally redacted at footnotes 5 and 20, including ¶¶ 36, 37, 40, 41 and 42.

Respectfully submitted,

**LAW OFFICES OF JULIO J. RAMOS**

By: */s/ Julio J. Ramos*

35 Grove Street, Suite 107
San Francisco, CA 94102
Telephone: (415) 948-3015
Facsimile: (415) 469-9787
ramoslawgroup@yahoo.com

*Counsel for Plaintiff Rigoberto Vasquez and Eva Garcia*

---

Denied. Plaintiffs' counsel is instructed to email the Court proposed redacted versions of each exhibit, as he did with the declarations, along with a letter explaining why counsel believes those redactions are warranted. If plaintiffs' counsel believes an entire exhibit should be filed under seal, counsel, in the accompanying letter, is to provide his reasons for seeking to file that exhibit under seal. Counsel should refer to Rule 4.B of the Court's Individual Rules for further instruction. Counsel must email the proposed redactions and letter explanation by December 11, 2019.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

December 9, 2019