```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RIGOBERTO VASQUEZ and EVA GARCIA, on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

  -against-              18 **CIVIL** 1876 (PAE)

                      **JUDGMENT**

HONG KONG AND SHANGHAI BANKING
CORPORATION, LTD., a foreign company, and
DOES 1 THROUGH 100,

        Defendants.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 10, 2020, the claims against HSBC Hong Kong are dismissed, without prejudice, for lack of jurisdiction under Rule 12(b)(2). Given this dismissal, the Court does not consider the arguments made by HSBC Hong Kong in its earlier-filed Rule 12(b)(6) motion; accordingly, this case is closed.

**Dated:** New York, New York

    August 10, 2020

                          **RUBY J. KRAJICK**

                           **Clerk of Court**

            **BY:**  *KMango*

                           **Deputy Clerk**